DEERY, Respondent, v. BYRNE et al., Appellants. (Supreme Court, Appellate Division,

First Department. April 5, 1907.) Action by John J. Deery against Elizabeth M. Byrne and others. F. W. Frost, for appellants. R. J. Donovan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re DELANCEY ST. (Supreme Court, Appellate Division. First Department. March 8, 1907.) In the matter of Delancey street. No opinion. Motion denied, with $10 costs. Order filed.